UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    SHIQUITA KIM BARNES          CASE NO. 18-51919-MAR
                                             CHAPTER 13
                                             HONORABLE MARK A. RANDON

             DEBTOR.
_____/
DEANNA WALLER-BUNDY (P73566)
Attorney for Debtor
P.O. Box 72113
Berkley, MI 48072
(248) 875-7720
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**EX PARTE MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL FOR REFUND OF MOTION FILING FEE AND WITHDRAWAL OF MOTION (DN 42)**

      Santander Consumer USA Inc. dba Chrysler Capital (the "Creditor") filed a Motion for Relief from the Automatic Stay on July 1, 2020 (DN 42), in connection with case number 18-51919-MAR. The motion was inadvertently filed under the incorrect dictionary event. The Motion is for Relief from Co-Debtor Stay, which has no filing fee. Santander Consumer USA Inc. dba Chrysler Capital respectfully requests that the $181.00 motion filing fee be refunded as the motion was filed in error, and further requests that the Motion (DN 42) be withdrawn.

                                           O'REILLY RANCILIO P.C.

                                           */s/ Craig S. Schoenherr, Sr.*
                                           _____
                                           CRAIG S. SCHOENHERR, SR. (P32245)
                                           Attorney for Creditor
                                           12900 Hall Road, Suite 350
                                           Sterling Heights, MI 48313-1151
                                           (586) 726-1000

DATED: July 2, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

SHIQUITA KIM BARNES                    CASE NO. 18-51919-MAR
                                       CHAPTER 13
                                       HONORABLE MARK A. RANDON

         DEBTOR.
_____/
DEANNA WALLER-BUNDY (P73566)
Attorney for Debtor
P.O. Box 72113
Berkley, MI 48072
(248) 875-7720
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**ORDER FOR REFUND OF MOTION FILING FEE AND WITHDRAWING MOTION**

Santander Consumer USA Inc. dba Chrysler Capital (the "Creditor") filed an Ex Parte Motion for Refund of Filing Fee on July 1, 2020, in connection with case number 18-51919, and the Court being adequately advised:

IT IS ORDERED THAT:

1)      Santander Consumer USA Inc. dba Chrysler Capital shall be granted a refund in the amount of $181.00, which represents the filing fee charged on July 2, 2020, regarding the Motion for Relief from Automatic Stay (DN 42) filed in connection with the above matter.

2)      The Motion for Relief from Automatic Stay (DN 42) is hereby withdrawn.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

SHIQUITA KIM BARNES

CASE NO. 18-51919-MAR
CHAPTER 13
HONORABLE MARK A. RANDON

DEBTOR.
_____/
DEANNA WALLER-BUNDY (P73566)
Attorney for Debtor
P.O. Box 72113
Berkley, MI 48072
(248) 875-7720
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**PROOF OF SERVICE OF EX PARTE MOTION FOR REFUND
OF MOTION FILING FEE AND WITHDRAWING MOTION**

Craig S. Schoenherr, Sr., being duly sworn, says that on the 2nd day of July, 2020, a copy of the Ex Parte Motion for Refund of Motion Filing Fee and Withdrawing Motion and this Proof of Service was served upon:

| | |
|---|---|
| Krispen S. Carroll<br>719 Griswold, Suite 1100<br>Detroit, MI 48226 | Deanna Waller-Bundy<br>P.O. Box 72113<br>Berkley, MI 48072<br>(248) 875-7720 |
| U.S. Bankruptcy Court<br>211 W. Fort St., 21st Floor<br>Detroit, MI 48226 | |

2

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
DATED: July 2, 2020   (586) 726-1000